■ The People of the State of New York, Respondent, v Ralph A. Belotti, Appellant. [651 NYS2d 316] —Appeal by the defendant from a judgment of the County Court, Westchester County (Scarano, J.), rendered May 5, 1995.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9). Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.